proceedings in light of *DiProspero v. Penn*, 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 844

RACHEL CHERIAN, PLAINTIFF–PETITIONER, v. EMILIE C. CORRES, FRANCES J. CORRES AND CHERIAN P. VARGHESE, DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn*, 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 845

RAMON DE LA CRUZ, PLAINTIFF–PETITIONER, v. AJAY A. SHETH, ET AL., DEFENDANTS, AND GERMAN L. PEREZ, ET AL., DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn*, 183 *N.J.* 477, 874 *A.*2d 1039 (2005).